**No. 10-7767. Angela Woodhull, Petitioner v. Guardianship of Louise A. Falvo (five judgments).**

562 U.S. 1226, 131 S. Ct. 1481, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1440.

February 22, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 43 So. 3d 708 (all judgments).